IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY GLENN ST. CYR,<br><br>Defendant. | 8:12CR427<br><br>ORDER |

The undersigned is in receipt of a letter from the defendant requesting early release from supervised release.

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's letter as a restricted motion.

(2) The Clerk of Court shall file the Probation Office's letter dated October 18, 2021, as a restricted document.

(2) Treating the defendant's letter as a motion, it is denied.

(3) The Clerk of Court shall send a copy of this order and the Probation Officer's letter to the defendant at the defendant's last known address.

Dated this 25th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge